# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

KENNETH DON BARRETT,

     Petitioner,

vs.

WARDEN LEGRAND, et al.,

     Respondents.

Case No. 3:14-cv-00678-HDM-WGC

**ORDER**

     IT IS HEREBY ORDERED that the clerk of the court shall enter judgment in accordance with the court's order entered on March 23, 2016 (#36).

     DATED: March 30, 2016.

_____
HOWARD D. MCKIBBEN
United States District Judge